```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

IN RE: RESTAURANT ASSOCIATES, L.L.C.
       BRIDGEPORT RESTAURANT, L.L.C.


ANTHONY MANCUSO and
ALICE D. MANCUSO,

    Plaintiffs and
    Appellees/Cross-Appellants,

v.                              CIVIL ACTION NO.  1:06CV53

THE MEADOWBROOK MALL COMPANY
LIMITED PARTNERSHIP, an Ohio limited
Partnership, aka Meadowbrook Mall Company,
an Ohio limited partnership, MEADOWBROOK
MALL COMPANY, an Ohio general partnership,
RESTAURANT ASSOCIATES, L.L.C., and
BRIDGEPORT RESTAURANT, L.L.C.,

    Defendants and
        Appellants/Cross-Appellees.

### ORDER DENYING PARTIES' JOINT MOTION TO VACATE OR, IN THE ALTERNATIVE, REMOVE ORDERS FROM ONLINE DATABASES

On July 18, 2007, the parties filed a "Joint Motion to Vacate Opinions and Orders and Alternative [sic] for Removal of Opinions and Orders From Westlaw and Lexis Databases." (Doc. No. 30).  For reasons appearing to the Court, it **DENIES** the parties' motion.

It is so **ORDERED.**

**<u>Mancuso, et. al. v. Meadowbrook Mall Co. Lmtd. Prtnrshp., et. al.</u>**
1:06CV53

<u>**ORDER**</u>

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 4, 2007.

<u>/s/ Irene M. Keeley</u>
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE