Document 1

```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                            FILED
                                                       July 17, 2007

                           No. 07-1435
                               1:06-cv-00053-IMK
                               1:03-bk-02404
                               AP No. 05-00175


In Re: RESTAURANT ASSOCIATES, LLC; In Re: BRIDGEPORT
RESTAURANT LLC

              Debtors

---------------------------

ANTHONY J. MANCUSO; ALICE D. MANCUSO

              Plaintiffs - Appellees

   v.

THE MEADOWBROOK MALL COMPANY LIMITED PARTNERSHIP, aka
Meadowbrook Mall Company, an Ohio limited partnership;
MEADOWBROOK MALL COMPANY, AN OHIO GENERAL PARTNERSHIP

              Defendants - Appellants



                           No. 07-1462
                               1:06-cv-00053-IMK
                               1:03-bk-02404

In Re: RESTAURANT ASSOCIATES, LLC; In Re: BRIDGEPORT
RESTAURANT LLC

              Debtors

---------------------------

ANTHONY J. MANCUSO; ALICE D. MANCUSO

              Plaintiffs - Appellants

   v.

THE MEADOWBROOK MALL COMPANY LIMITED PARTNERSHIP, aka
Meadowbrook Mall Company, an Ohio limited partnership;
MEADOWBROOK MALL COMPANY, AN OHIO GENERAL PARTNERSHIP

              Parties in Interest - Appellees
```

```
              --------------
                M A N D A T E
              --------------
```

This Court's order of dismissal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect this date.

A certified copy of the dismissal order is issued herewith and constitutes the mandate of this Court.

```
                              /s/  Patricia S. Connor
                              -----------------------
                                      CLERK
```